2007 OK 71

In the Matter of the STRIKING OF NAMES OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION for Nonpayment of 2006 Dues.

SCBD No. 5204.

Supreme Court of Oklahoma.

Sept. 17, 2007.

*ORDER STRIKING NAMES*

There came on for consideration the Application for Order Striking Names by the Board of Governors of the Oklahoma Bar Association petitioning for the striking of names of attorneys from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma for failure to pay dues as members of the Oklahoma Bar Association for the year 2006.

It appears to the Court that the Board of Governors at their August 24, 2007, meeting, in compliance with Article VIII, § 5 of the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S., Ch. 1, App. 1 (1981), established that the hereinafter named members of the Oklahoma Bar Association were suspended from membership in the Association and from the practice of law in the State of Oklahoma by Order of this Court in Case No. S.C.B.D. 5204 on June 26, 2006. It further appears to the Court that the Board of Governors have determined that no application for reinstatement has been filed by said members within one year of suspension. In addition, it appears to the Court that on August 24, 2007, the Board of Governors declared that the members hereinafter set out on the attached Exhibit ceased to be members of said Association and therefore ordered the names of said

members be stricken from the membership rolls of the Oklahoma Bar Association.

**THE COURT THEREFORE FINDS** that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules Creating and Controlling the Oklahoma Bar Association, that the Application for Order to Strike Names should be sustained, and that the following attorneys should be and are hereby stricken from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, for failure to pay their dues as members of the Association for the year 2006.

/s/ James R. Winchester
James R. Winchester, Chief Justice

WINCHESTER, C.J., EDMONDSON, V.C.J., HARGRAVE, OPALA, KAUGER, WATT, TAYLOR, COLBERT, JJ., concur.

## EXHIBIT A

(Striking Names—Dues 2006)

Jack Thomas Agosta
OBA No. 159
2350 Westcreek Ln, Apt. 1209
Houston, TX 77027–4313

Barry Knight Beasley
OBA No. 11220
4516 W. Freeport Ave.
Broken Arrow, OK 74012

Glen Joseph Blake
OBA No. 18655
PO Box 50001
Tulsa, OK 74150–001

Michael Francis Bradican
OBA No. 16622
4860 28th St S # C2
Arlington, VA 22206–1369

Mary Leigh Harris Brown
OBA No. 12323
1005 N. Madison
Republic, WA 99166

Colleen Fitzgerald Cable
OBA No. 16495
50 California St., 19th Floor
San Francisco, CA 94111–4624

Christi Ann Chapman
OBA No. 18545
1429 W. Catfishbay
Kingston, OK 73439

Debra Jean Coffey
OBA No. 18995
10220 E. 112th Str. S.
Bixby, OK 74008

James W. Demik
OBA No. 2288
8001 LBJ Freeway, Ste 250
Dallas, TX 75251

Michael John Dermody
OBA No. 16640
1113 Willow Lane
Liberty, MO 64068–4355

Joseph Patrick Dowd
OBA No. 12271
880 Lee St., Ste 100
Des Plaines, IL 74137

Gary Bruce Fraley
OBA No. 19460
8711 S. Pittsburg Ave.
Tulsa, OK 74137

Clifford Eugene Heckart
OBA No. 19332
5005 Malcom Rd.
Lawton, OK 73501

Ronald Lee Johnson
OBA No. 4721
PO Box 5295
Ardmore, OK 73403

Balmohan G. Kelkar
OBA No. 13994
3528 E 104th Street
Tulsa, OK 74137

Patrica Louise Kern
OBA No. 14552
PO Box 1682
Oklahoma City, OK 73101

Karan Lee Krna
OBA No. 18218
13000 N. Meridian Street
Carmel, IN 46032

John Richard Lehrter
OBA No. 15618
1437 S. Boulder Ave 1st Floor
Tulsa, OK 74119

Charles R. Lucus
OBA No. 13998
New Bloomfield, MO 65063

Terry Paul Malloy
OBA No. 5648
1918 E. 51st St, Suite 3W
Tulsa, OK 74105

Laura Maureen Parmele
OBA No. 10920
PO Box 702214
Tulsa, OK 74170

John F. Percival
OBA No, 7038
4124 Northwich
Norman, OK 73072

Stephen Elliott Reiter
OBA No. 11484
PO Box 4533
Rocky Mount, NC 27803

Charles Everett Robinson
OBA No. 12161
P.O. Box 4533
Rocky Mount, NC 27803

Evan C. Ruff
OBA No. 7819
3213 Box H Rd.
Edmond, OK 73034

George Van Wagner
OBA No. 9197
2709 Portofino Pl
Edmond, OK 73034

Johann Michael Viscosi
OBA No. 9240
5 NW 16 St, Ste 11C
Lawton, OK 73507–6549

Teresa Lee Wagner
OBA No. 13935
544 Stahlman Ave
Destin, FL 32541–1730